In the United States District Court
for the Northern District of Illinois
Eastern Division

| | |
|---|---|
| Samantha Young, *On behalf of herself and others similarly situated*, Plaintiff, v. Rolling in the Dough, Inc., Defendants. | Case No. 1:17-cv-7825 Judge Robert W. Gettleman Magistrate Judge Maria Valdez |

Plaintiff's Unopposed Motion for Preliminary Settlement Approval

Pursuant to 29 U.S.C. § 216(b) and Fed. R. Civ. P. 23, Plaintiff asks the Court to grant approval of the parties' Settlement Agreement (attached as Exhibit 1), and to approve the form of Notice (attached as Exhibit 2). After the notice period is complete, the Court should set a date for a Final Approval Hearing. The arguments in support of this request are explained in greater detail in the attached Memorandum in Support.

Respectfully submitted,

/s/ Andrew Kimble
Michael Fradin (6289502)
Michael L. Fradin, Attorney at Law
8401 Crawford Ave. Ste. 104
Skokie, IL 60076
Phone: 847-644-3425
Fax: 847-673-1228

(*mike@fradinlaw.com*)

Andrew Biller (Lead Counsel)
(*admitted pro hac vice*)
Andrew Kimble
(*admitted pro hac vice*)
Biller & Kimble, LLC
3825 Edwards Road, Suite 650
513-202-0710 (Phone)
513-665-0219 (Fax)
(*abiller@billerkimble.com*)
(*akimble@billerkimble.com*)

www.billerkimble.com

Aaron Maduff
Maduff & Maduff, LLC
205 N. Michigan Ave., Suite 2050
Chicago, IL 60601
(*abmaduff@madufflaw.com*)

*Counsel for Plaintiffs and the putative class*

## CERTIFICATE OF SERVICE

      The undersigned hereby certifies that a copy of the foregoing was filed on the Court's ECF system on October 9, 2019 which will send notification of such filing to the following counsel of record:

John W. Groll III
21443 W. Sycamore Ct.
Plainfield, IL 60544
jwgdominos@comcast.net

Norman M. Leon (#6239480)
John A. Hughes (#6275159)
DLA Piper LLP (US)
444 West Lake Street, Suite 900
Chicago, Illinois 60606
(312) 368-4000
Norman.leon@dlapiper.com
John.hughes@dlapiper.com

*Attorneys for Defendants Domino's Pizza, Inc., Domino's Pizza, LLC, and Domino's Pizza Franchising, LLC*

Timothy P. Scahill (6287296)
Nicholas K. Fedde (6317358)
BORKAN & SCAHILL, LTD.
20 South Clark Street, Suite 1700
Chicago, Illinois 60603
(312) 580-1030
tscahill@borkanscahill.com
sborkan@borkanscahill.com
nfedde@borkanscahill.com

*Attorneys for Defendants Rolling in the Dough, Inc.; Rolling in the Dough II, Inc.; Kenneth Lindeman*

                                            */s/ Andrew Kimble*
                                            Andrew Kimble