# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.1
### Eastern Division

Samantha Young

                         Plaintiff,

v.                                                  Case No.: 1:17–cv–07825
                                                      Honorable Robert W. Gettleman

Rolling in the Dough, Inc., et al.

                         Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, January 24, 2020:

      MINUTE entry before the Honorable Robert W. Gettleman: Agreed motion to modify class notification and hearing schedule [171] is granted. Enter Order. Motion presentment hearing set for 2/18/2020 is stricken. Mailed notice (cn).

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.