IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Samantha Young, | Case No. 1:17-cv-7825 |
| *On behalf of herself and others similarly situated*, | |
| Plaintiff, | Judge Robert W. Gettleman |
| v. | Magistrate Judge Maria Valdez |
| Rolling in the Dough, Inc., | |
| Defendants. | |

PLAINTIFF'S MOTION FOR FINAL SETTLEMENT APPROVAL

Pursuant to 29 U.S.C. § 216(b) and Fed. R. Civ. P. 23, Plaintiff asks the Court to grant final approval of the parties' Settlement Agreement (Doc. 166-2). The arguments in support of this request are explained in greater detail in the attached Memorandum in Support.

Respectfully submitted,

/s/ Andrew Kimble
Michael Fradin (6289502)
Michael L. Fradin, Attorney at Law
8401 Crawford Ave. Ste. 104
Skokie, IL 60076
Phone: 847-644-3425
Fax: 847-673-1228
(*mike@fradinlaw.com*)

Andrew Biller (Lead Counsel)
(*admitted pro hac vice*)

1

Andrew Kimble
(*admitted pro hac vice*)
Biller & Kimble, LLC
3825 Edwards Road, Suite 650
513-202-0710 (Phone)
513-665-0219 (Fax)
(*abiller@billerkimble.com*)
(*akimble@billerkimble.com*)

www.billerkimble.com

Aaron Maduff
Maduff & Maduff, LLC
205 N. Michigan Ave., Suite 2050
Chicago, IL 60601
(*abmaduff@madufflaw.com*)

*Counsel for Plaintiffs and the putative class*

## CERTIFICATE OF SERVICE

 The undersigned hereby certifies that a copy of the foregoing was filed on the Court's ECF system on February 18, 2020 which will send notification of such filing to all counsel of record.


        */s/ Andrew Kimble*
        Andrew Kimble