# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.2
### Eastern Division

Samantha Young

                                  Plaintiff,

v.                                                                Case No.: 1:17–cv–07825
                                                                  Honorable Robert W. Gettleman

Rolling in the Dough, Inc., et al.

                                  Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, February 27, 2020:

      MINUTE entry before the Honorable Robert W. Gettleman: Fairness hearing held on 2/27/2020. For the reasons stated on the record, Plaintiff's motion for final settlement approval [175] is granted. Enter Order. Civil case terminated. Mailed notice (cn).

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.